IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bridgemon, Beverly A

Printed: 1/8/08

Case Number: 05 B 27088
Judge: Hollis, Pamela S
Filed: 7/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2007
Confirmed: October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,700.00 |  |
| Secured: |  | 8,094.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 505.90 |
| Other Funds: |  | 0.00 |
| Totals: | 9,700.00 | 9,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Legal - The First Choice | Administrative | 1,100.00 | 1,100.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | MPOS | Secured | 0.00 | 0.00 |
| 4. | MPOS | Secured | 19,163.48 | 7,457.90 |
| 5. | CitiMortgage Inc | Secured | 2,133.46 | 636.20 |
| 6. | B-First | Unsecured | 422.09 | 0.00 |
| 7. | Aspire Visa | Unsecured |  | No Claim Filed |
| 8. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 9. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 10. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 11. | University Of Chicago Physicians | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 22,819.03 | $ 9,194.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 229.89 |
| 5% | 69.01 |
| 4.8% | 132.48 |
| 5.4% | 74.52 |
|  | _____ |
|  | $ 505.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bridgemon, Beverly A

Printed:  1/8/08

Case Number:  05 B 27088
Judge:  Hollis, Pamela S
Filed:  7/8/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

